## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

| | |
|---|---|
| **Glynn Purcell,** § § **Plaintiff,** § § v. § § § § **U.S.A. Beef Packing, LLC** § § **Defendant.** § | **Cause No. 2:22-CV-270-GJF-SMV** |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ORIGINAL ANSWER

On this day, the Court considered Defendant's Unopposed Motion for Extension of Time to File Original Answer in the above-captioned cause. After due consideration, the Court is of the opinion that the motion should be granted.

Accordingly, IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time to File Original Answer is GRANTED.

SIGNED this 13th day of May 2022.

_____
**STEPHAN M. VIDMAR**
**UNITED STATES MAGISTRATE JUDGE**

**ELECTRONICALLY APPROVED ON 05/10/2022 BY:**

/s/*Chris R. Miltenberger*
CHRIS R. MILTENBERGER
Attorney for Plaintiff

**SUBMITTED BY:**

*/s/Joshua Dwyer*
JOSHUA DWYER
Attorney for Defendant