UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| **Glynn Purcell,** § § **Plaintiff,** § § v. § § § § **U.S.A. Beef Packing, LLC** § § **Defendant.** § | **Cause No. :22-CV-270** |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ORIGINAL ANSWER

On this day, the Court considered Defendant's Unopposed Motion for Extension of Time to File Answer to Amended Petition [Doc. 10] in the above-captioned cause. After due consideration, the Court is of the opinion that the motion should be granted.

Accordingly, IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time to File Answer to Amended Petition is GRANTED.

SIGNED this 22nd day of June, 2022.

_____
STEPHAN M. VIDMAR
UNITED STATES MAGISTRATE JUDGE

**AGREED:**

/s/*Chris R. Miltenberger*
CHRIS R. MILTENBERGER
Attorney for Plaintiff

*/s/Joshua Dwyer*
JOSHUA DWYER
Attorney for Defendant