IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

GLYNN PURCELL,

    PLAINTIFF,

v.                                          No. 22-cv-0270 GJF/SMV

U.S.A. BEEF PACKING, LLC,

    DEFENDANT,

and

U.S.A. BEEF PACKING, LLC,

    COUNTERCLAIMANT,

v.

GLYNN PURCELL,

    COUNTER-DEFENDANT.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time:**    August 5, 2022, at 3:30 p.m. MDT

**Matter to be heard:**  Case status and the Court's expectations regarding Initial Disclosures

    A telephonic status conference is set for **August 5, 2022, at 3:30 p.m. MDT.** Counsel must call the Court's AT&T Conference Line, **(888) 363-4734 (access code: 4382538)**, to connect to the proceedings. The Court requests that counsel read Fed. R. Civ. P. 26(a)(1) (Required Disclosures—Initial Disclosures) prior to the status conference.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**