# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**GLYNN PURCELL,**

    Plaintiff/Counter-Defendant,

v.                                                                             **No. 22-cv-0270 GJF/SMV**

**U.S.A. BEEF PACKING, LLC,**

    Defendant/Counter-Claimant,

## ORDER TO RETAIN COUNSEL

THIS MATTER is before the Court on the withdrawal of Defendant/Counter-Claimant's attorney. Defendant/Counter-Claimant USA Beef Packing, LLC, is not a natural person and, therefore, cannot proceed pro se and must be represented by an attorney. *See* D.N.M.LR-Civ. 83.7; *see also Harrison v. Wahatoyas, LLC*, 253 F.3d 552 (10th Cir. 2001) ("[A] corporation or other business entity can only appear in court through an attorney and not through a non-attorney corporate officer appearing pro se."). "Absent entry of appearance by a new attorney, any filings made by the corporation, partnership or business entity other than a natural person may be [struck] and default judgment or other sanctions imposed." D.N.M.LR-Civ. 83.8(c).

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Defendant/Counter-Claimant retain counsel **no later than January 24, 2023**, or default judgment may be entered against it on Plaintiff's claims, and further its own counterclaims may be dismissed.

**IT IS SO ORDERED.**

                                                                         **STEPHAN M. VIDMAR**
                                                                         **United States Magistrate Judge**